CLEM NEELY v. THE STATE.

No. 5529.    Decided November 5, 1919.

Escape—Practice on Appeal.

Where it was made to appear by proper affidavit that the appellant has made his escape, pending his appeal, the same is dismissed.

Appeal from the District Court of Denton. Tried below before the Hon. C. R. Pearman, judge.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley*, Assistant Attorney General, for the State.

MORROW, JUDGE.—On a former day of the term this case was submitted for decision. It has been made to appear by proper affidavit that the appellant has made his escape, and has not been captured. Under our statute this forfeits his right of appeal.

The appeal will, therefore, be dismissed.

*Dismissed.*